STATE of Missouri, Respondent,

v.

Darnell VAUGHN, Appellant.

ED 104092

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: August 1, 2017

Shaun Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Ellen H. Flottman, Woodrail Centre, Columbia, MO, for appellant.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

ORDER

PER CURIAM.

Darnell Vaughn ("Defendant") appeals the trial court's judgment entered upon a jury verdict convicting him of one count of first-degree murder, one count of second-degree murder, and two attendant counts of armed criminal action. We affirm.

The judgment of the trial court is not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).